1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   CYMEYON HILL,                              No.  2:20-cv-1657 KJN P
12                  Plaintiff,
13        v.                                    ORDER
14   E. BLACK, et al.,
15                  Defendants.
16
17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18   U.S.C. § 1983.  Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C.
19   § 1915.
20        The federal venue statute provides that a civil action "may be brought in (1) a judicial
21   district in which any defendant resides, if all defendants are residents of the State in which the
22   district is located, (2) a judicial district in which a substantial part of the events or omissions
23   giving rise to the claim occurred, or a substantial part of property that is the subject of the action
24   is situated, or (3) if there is no district in which an action may otherwise be brought as provided in
25   this action, any judicial district in which any defendant is subject to the court's personal
26   jurisdiction with respect to such action."  28 U.S.C. § 1391(b).
27        In this case, the claim arose in Monterey County, which is in the Northern District of
28   California.  Therefore, plaintiff's claim should have been filed in the United States District Court

1  for the Northern District of California.  In the interest of justice, a federal court may transfer a
2  complaint filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v.</u>
3  <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).
4        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
5  States District Court for the Northern District of California.
6  Dated:  August 20, 2020

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10  hill1657.21

2